People ex rel. Mahler v Katz (2024 NY Slip Op 05912)

People ex rel. Mahler v Katz

2024 NY Slip Op 05912

Decided on November 26, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2024-11986

[*1]The People of the State of New York, ex rel. Stephen R. Mahler, on behalf of Johana Orianna, petitioner,
v
Melinda Katz, etc., et al., respondents.

Stephen R. Mahler, Kew Gardens, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Kenneth Koo, and Alexa Moreno of counsel), for respondents.
Writ of habeas corpus in the nature of an application to release Johana Orianna upon her own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment Nos. 2355/2024 and 74296/2024.

ADJUDGED that the writ is sustained, without costs or disbursements, to the extent that bail upon Queens County Indictment Nos. 2355/2024 and 74296/2024 is set in the sum of $150,000 posted in the form of an insurance company bail bond, the sum of $150,000 posted in the form of a partially secured bond, with the requirement of 10% down, or the sum of $75,000 deposited as a cash bail alternative, on condition that, in addition to posting a bond or depositing the cash alternative set forth above, Johana Orianna shall (1) surrender all passports, if any, she may have to the Office of the District Attorney of Queens County, or, if she does not possess a passport, she shall provide to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which she attests that she does not possess a passport, and shall not apply for any new or replacement passports; and (2) provide to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Johana Orianna (1) has given an insurance company bail bond in the sum of $150,000, has given a partially secured bond in the sum of $150,000, with the requirement of 10% down, or has deposited the sum of $75,000 as a cash bail alternative; (2) has surrendered all passports, if any, she may have to the Office of the District Attorney of Queens County, or, if she does not possess a passport, has provided to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which she attests that she does not possess a passport, and shall not apply for any new or replacement passports; and (3) has provided to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Johana Orianna is [*2]incarcerated, or his or her agent, is directed to immediately release Johana Orianna from incarceration.
MILLER, J.P., DOWLING, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court